UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| KEVIN LABELLE, ) | |
|     PLAINTIFF, ) | |
| ) | NO. 2:17-CV-212 |
| v. ) | |
| ) | HONORABLE PAUL L. MALONEY |
| CLEVELAND CLIFFS, INC., ) | |
|     DEFENDANT. ) | |
| ) | |

## JUDGMENT

In accordance with the opinion and order entered on this date, and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date:   November 27, 2018                                  /s/ Paul L. Maloney
                                                                                                                          Paul L. Maloney
                                                                                                        United States District Judge